**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Rukhsanah L. Singh |
| v. | : 26-mj-14028 (RLS) |
| YAZEAR LEE | : **<u>IADA ANTI-SHUTTLING WAIVER</u>** |

I, Yazear Lee, having discussed with my attorney the possible effect of the Interstate Agreement on Detainers on my case, do hereby state and agree:

1.    I previously have been sentenced to serve a term of imprisonment in the State of New Jersey.  I have not completed serving the term of imprisonment and am currently incarcerated at Garden State Youth Correctional Facility in Crosswicks, New Jersey.

2.    I was charged by federal criminal complaint 26-mj-14028 (RLS) in the U.S. District Court for the District of New Jersey with four counts of distribution and possession with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and for that reason I was taken into federal custody and brought to Trenton, New Jersey for an initial appearance on August 5, 2026.

3.    I have been advised that the Interstate Agreement on Detainers (18 U.S.C. Appendix 2) may apply to my case and that, if it does, I have the right to remain in federal custody, and not be returned to state custody, until

1

the trial on the federal charge described above is completed and the sentence has been imposed.

4.    Knowing this, I desire to and do hereby waive my right to remain in federal custody, and I request to be promptly returned to state custody, prior to the completion of my trial on the federal charge.

Dated: August 5, 2026

_____
Yazear Lee
Defendant

_____
Saverio A. Viggiano
Assistant Federal Public Defender
Counsel for Defendant

_____
Honorable Rukhsanah L. Singh
United States Magistrate Judge

2